**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| **ROBERT O'TOOLE, individually and on behalf of others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**SEARS ROEBUCK AND CO., KMART CORPORATION and SEARS HOLDINGS MANAGEMENT CORPORATION,**<br><br>Defendants. | No. 1:11 cv 04611<br><br>Judge Milton I. Shadur<br>Magistrate Judge Jeffrey Cole |

**DEFENDANTS' AGREED MOTION TO ALTER THE BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PROTECTIVE ORDER AND/OR TO QUASH THE SUBPOENAS ISSUED BY DEFENDANTS TO NON-PARTIES**

Defendants Sears Roebuck And Co. ("Sears"), K Mart Corporation ("KMart"), and Sears Holdings Management Corporation ("SHMC") (collectively, "Defendants"), by and through their respective counsel, respectfully request that this Court grant this Agreed Motion to Alter the Briefing Schedule by providing Defendants an extension up to and including February 1, 2013 in which to respond to Plaintiffs' Motion for Protective Order And/Or to Quash The Subpoenas Issued By Defendants To Non-Parties (the "subject motion") and Plaintiffs an extension until February 8 in which to submit a Reply. Defendants further request that the current hearing date of February 7, 2013 be reset to a date following Plaintiffs' February 8, 2013 Reply deadline. In support of their Instant Motion, Defendants state as follows:

1.      Defendants served Plaintiffs' counsel with a Notice of Subpoenas for Documents on December 21, 2012.

2.      In response to Defendants' Notice of Subpoenas for documents, Plaintiffs'

counsel filed the subject motion on January 14, 2013.

3.      On January 18, 2013, the parties jointly filed a motion to enter and continue Plaintiffs' subject motion and set a briefing schedule.  This Court granted the parties' motion and set Defendants' response due date for January 25, 2013 and Plaintiffs' reply due date for February 1, 2013.

4.      Keith C. Hult, counsel for Defendants, and Douglas Werman, counsel for Plaintiffs, have conferred regarding this briefing schedule and mutually agree to change Defendants' Response date to February 1, 2013 and Plaintiffs' Reply date to February 8, 2013. Defendants further request that the current hearing date of February 7, 2013 be reset to a date following Plaintiffs' February 8, 2013 Reply deadline.

5.      The instant Motion is sought in good faith, is not brought for the purposes of delay or any other improper purpose, and will not unduly prejudice any of the parties.

WHEREFORE Defendants Sears Roebuck And Co., K Mart Corporation, and Sears Holdings Management Corporation, hereby respectfully request that this Court grants this Agreed Motion to Alter The Briefing Schedule on Plaintiffs' Motion for Protective Order And/Or to Quash The Subpoenas Issued By Defendants to Non-Parties.

Respectfully submitted,

s/ *Jennifer Schilling*
Jennifer Schilling

Keith C. Hult
Jennifer Schilling
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1000
Chicago, IL  60654
312.372.5520

Kathryn Mrkonich Wilson
Andrew Voss
LITTLER MENDELSON P.C.
1300 IDS Center
80 South 8th Street
Minneapolis, MN  55402
612.630.1000

Dated: January 24, 2013

## <u>CERTIFICATE OF SERVICE</u>

Jennifer Schilling, an attorney, hereby certifies that on January 24, 2013, she caused the

foregoing ***Defendants' Agreed Motion To Alter The Briefing Schedule On Plaintiffs' Motion***

***For Protective Order And/Or To Quash The Subpoenas Issued By Defendants To Non-Parties***

to be filed electronically with the Clerk of the Court using the Court's CM/ECF system.

Notification of such filing will be sent to the following parties:

Douglas M. Werman (dwerman@flsalaw.com)
Maureen A. Bantz (mbantz@flsalaw.com)
David E. Stevens (dstevens@flsalaw.com)
WERMAN LAW OFFICE, P.C.
77 West Washington Street, Suite 1402
Chicago, Illinois 60602


Michael A. Josephson (mjosephson@fhl-law.com)
Andrew Dunlap (adunlap@fhl-law.com)
FIBICH, HAMPTON, LEEBRON,
BRIGGS & JOSEPHSON, L.L.P.
1150 Bissonnet
Houston, Texas 77005



                       s/ *Jennifer Schilling*
                       Jennifer Schilling