UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT O'TOOLE, et al.; <br> Individually and on behalf of all others <br> similarly situated; <br><br> **Plaintiffs,** <br><br> vs. <br><br> SEARS ROEBUCK AND CO., et al. <br><br> **Defendants.** | Case No.: 1:11−cv−04611 <br> Honorable Milton I. Shadur <br> Magistrate Judge Jeffrey Cole |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A MEMORANDUM IN EXCESS OF 15 PAGES IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

Plaintiffs, by and through their attorneys, hereby request leave to file a Memorandum in Excess of 15 pages in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement. In support of this motion, Plaintiffs show as follows:

1. Plaintiffs intend to file the attached Unopposed Motion for Preliminary Approval of Settlement pursuant to the Fair Labor Standards Act ("FLSA") and Fed. R. Civ. P. 23. *See* Exhibit A. As demonstrated by Exhibit A, the evidence and required legal arguments necessary to thoroughly present Plaintiffs' motion and the proposed settlement prevent Plaintiffs from complying with the page limitations set forth in Local Rule 7.1.

2. Accordingly, Plaintiffs request leave to file a memorandum of law in support of their motion in excess of 15 pages and not to exceed 27 pages, excluding the Table of Contents and Authorities. *See* Exhibit A.

For all of the foregoing reasons, Plaintiffs respectfully request that the Court grant this motion for leave.

>Respectfully submitted,
>
>By: */s/ Michael A. Josephson*
>       One of the Attorneys for Plaintiff

Michael A. Josephson
State Bar No. 24014780
Joseph C. Melugin
ARDC #6302521
**FIBICH, LEEBRON, COPELAND
 BRIGGS & JOSEPHSON, L.L.P**
1150 Bissonnet
Houston, Texas 77005
713-751-0025 (Telephone)
713-751-0030 (Facsimile)

Douglas M. Werman – dwerman@flsalaw.com
Maureen A. Salas – msalas@flsalaw.com
**WERMAN SALAS, P.C**.
77 West Washington Street, Suite 1402
Chicago, Illinois 60602
Telephone:  (312) 419-1008

**ATTORNEYS IN CHARGE FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties.

>*/s/ Michael A. Josephson*
>Michael A. Josephson